# EXHIBIT 1



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER



# Kessler Topaz Meltzer & Check, LLP Announces the Filing of A Securities Fraud Class Action Lawsuit Against AbbVie, Inc.

April 06, 2022 17:16 ET | Source: Kessler Topaz Meltzer & Check LLP





RADNOR, Pa., April 06, 2022 (GLOBE NEWSWIRE) -- The law firm of Kessler Topaz Meltzer & Check, LLP (www.ktmc.com) informs investors that the firm has filed a securities class action lawsuit in the United States District Court for the Northern District of Illinois against AbbVie, Inc. (AbbVie) (NYSE: ABBV) on behalf of all persons and entities who purchased or otherwise acquired AbbVie securities between April 30, 2021, and August 31, 2021, inclusive (the "Class Period"). This action is captioned *Calvin T. Nakata v. AbbVie, Inc., et al.*, Case No. 1:22-cv-01773.

***Important Deadline Reminder: Investors who purchased or otherwise acquired AbbVie securities during the Class Period may, no later than June 6, 2022, seek to be appointed as a lead plaintiff representative of the class.***

**CANNOT VIEW THIS VIDEO? PLEASE CLICK HERE**

**CLICK HERE TO SUBMIT YOUR ABBVIE LOSSES. YOU CAN ALSO CLICK ON THE FOLLOWING LINK OR COPY AND PASTE IN YOUR BROWSER:** https://www.ktmc.com/new-cases/abbvie-inc?utm_source=PR&utm_medium=link&utm_campaign=abbvie&mktm=r

**LEAD PLAINTIFF DEADLINE: JUNE 6, 2022**



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

**ABBVIE'S ALLEGED MISCONDUCT**

AbbVie is one of the world's largest pharmaceutical companies. The company's revenues will come under significant pressure in the coming years when its best-selling drug, Humira, will lose patent protection in 2023. Accordingly, AbbVie's future revenue and earnings depend in large part on its ability to develop new sources of revenue to offset Humira's lost sales. Rinvoq—an anti-inflammatory drug manufactured by AbbVie and used to treat rheumatoid arthritis (RA) and other diseases by inhibiting Janus kinase (JAK) enzymes—was touted as one such drug. Rinvoq was initially approved in the United States to treat only moderate to severe RA. However, AbbVie was actively pursuing additional treatment indications and, in 2020, asked the U.S. Food and Drug Administration (FDA) to approve Rinvoq for the treatment of several other diseases.

As is relevant here, Rinvoq is similar to other JAK inhibitor drugs, including Xeljanz, manufactured by Pfizer Inc. When the FDA approved Xeljanz in 2012 for the treatment of RA, it required an additional safety trial to evaluate Xeljanz's risk of triggering certain serious side effects. Beginning in February 2019, the FDA repeatedly warned the public that the safety trial indicated that Xeljanz's use could lead to serious heart-related issue, cancer, and other adverse events.    Notwithstanding the similarities between Rinvoq and Xeljanz, during the Class Period, Defendants assured investors that Rinvoq was far safer than Xeljanz and not subject to the same regulatory risks.

However, investors began to learn the truth about Rinvoq's significant risks on June 25, 2021, when AbbVie revealed that the FDA was delaying its review of expanded treatment applications for Rinvoq due to the safety concerns associated with Xeljanz. On this news, the price of AbbVie common stock declined $1.76 per share, or approximately 1.5%, from a close of $114.74 per share on June 24, 2021, to close at $112.98 per share on June 25, 2021.

Then, on September 1, 2021, the FDA announced that final results from the Xeljanz safety trial established an increased risk of serious adverse events, even with low doses of Xeljanz. As a result, the FDA determined that it would require new and updated warnings for Xeljanz and Rinvoq because Rinvoq "share[s] similar mechanisms of action with Xeljanz" and "may have similar risks as seen in the Xeljanz safety trial." The FDA also indicated that it



August 31, 2021, to close at $112.27 per share on September 1, 2021.

After the Class Period, on December 3, 2021, AbbVie announced that the FDA had updated Rinvoq's label to require additional safety warnings and limit marketing of Rinvoq to only its use after treatment with other drugs has failed.   On January 11, 2022, Defendants admitted that these changes to Rinvoq's label would negatively impact sales, forcing the Company to reduce its long-term guidance for Rinvoq's sales in 2025.

The complaint alleges that, throughout the Class Period, the Defendants made materially false and/or misleading statements, about the company's business and operations. Specifically, Defendants misrepresented and/or failed to disclose that: (1) safety concerns about Xeljanz extended to Rinvoq and other JAK inhibitors; (2) as a result, it was likely that the FDA would require additional safety warnings for Rinvoq and would delay the approval of additional treatment indications for Rinvoq; and (3) therefore, Defendants' statements about the company's business, operations, and prospects lacked a reasonable basis, As a result of the Defendants' wrongful acts and omissions, and the significant decline in the market value of AbbVie's securities, AbbVie investors have suffered significant damages.

**WHAT CAN I DO?**

AbbVie investors may, **_no later than June 6, 2022_**, seek to be appointed as a lead plaintiff representative of the class through [Kessler Topaz Meltzer & Check, LLP](#) or other counsel, or may choose to do nothing and remain an absent class member. [Kessler Topaz Meltzer & Check, LLP](#) encourages AbbVie investors who have suffered significant losses to contact the firm directly to acquire more information.

**[CLICK HERE](#) TO SIGN UP FOR THE CASE**

**WHO CAN BE A LEAD PLAINTIFF?**

A lead plaintiff is a representative party who acts on behalf of all class members in directing the litigation.  The lead plaintiff is usually the investor or small group of investors who have the largest financial interest and who are also adequate and typical of the proposed class of investors. The lead plaintiff selects counsel to represent the lead plaintiff and the class and these attorneys, if approved by the court, are lead or class counsel. Your ability to share in any recovery is not affected by the decision of whether or not to serve as a lead plaintiff.



developed a global reputation for excellence and has recovered billions of dollars for victims of fraud and other corporate misconduct. All of our work is driven by a common goal: to protect investors, consumers, employees and others from fraud, abuse, misconduct and negligence by businesses and fiduciaries. For more information about Kessler Topaz Meltzer & Check, LLP please visit www.ktmc.com.

**CONTACT:**

Kessler Topaz Meltzer & Check, LLP

James Maro, Jr., Esq.

280 King of Prussia Road

Radnor, PA 19087

(484) 270-1453

info@ktmc.com

A video accompanying this release is available at https://www.globenewswire.com/NewsRoom/AttachmentNg/38a4bbc2-8ead-4e8e-a78f-270020753b6c

**AbbVie, Inc. Video**

Investor Class Action File

AbbVie, Inc. Video

**Tags**

securities | securities class action | securities fraud | securities fraud class action

shareholders | investors | class action | lawsuit | Class Action

**Related Links**

- AbbVie, Inc. Securities Fraud Class Action Lawsuit

# Recommended Reading



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

**CLASS ACTION NOTICE: Kessler Topaz Meltzer & Check, LLP Reminds Investors that a Securities Fraud Class Action Lawsuit Filed Against...**

RADNOR, Pa., April 06, 2022 (GLOBE NEWSWIRE) -- The law firm of Kessler Topaz Meltzer & Check, LLP (www.ktmc.com) informs investors that a securities class action lawsuit has been filed in the...



**Final Deadline Approaching on LP Deadline Date: Kessler Topaz Meltzer & Check, LLP Reminds TAL Education Group Investors of Class Action...**

RADNOR, Pa., April 04, 2022 (GLOBE NEWSWIRE) -- The law firm of Kessler Topaz Meltzer & Check, LLP (www.ktmc.com) informs investors that a securities class action lawsuit has been filed in the...



## Explore



**Cash Back Rewards Leader Ibotta Unveils B2B Soluti...**



**Kessler Topaz Meltzer & Check, LLP Announces the F...**

April 06, 2022 17:16 ET

**Chinese and Russian Cyber Attacks on the Electric ...**

United Five P First P



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

**Newswire Distribution Network & Management**

· Home
· Newsroom
· RSS Feeds
· Legal



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    **SIGN IN**    **REGISTER**

© 2022 GlobeNewswire, Inc. All Rights Reserved.



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    **SIGN IN**    **REGISTER**