# EXHIBIT 3

**Abbvie Inc. Loss Chart**
**Class Period: April 30, 2021 through August 31, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $111.37 |
| Woodruff, Allan | 5/20/2021 | 100 | ($116.11) | ($11,611.00) | | | | | 100 | $11,136.98 | ($474.02) | |