## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALVIN T. NAKATA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBVIE INC., RICHARD A. GONZALEZ, ROBERT A. MICHAEL, JEFFREY R. STEWART, and MICHAEL E. SEVERINO,<br><br>Defendants. | Case No. 1:22-cv-01773<br><br>Honorable Harry D. Leinenweber |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Calvin T. Nakata, by and through his undersigned attorneys, hereby dismisses the above-captioned action in its entirety, against all Defendants, without prejudice and without costs. As a result of the dismissal, the pending Motion Of City Of Livonia Employees' Retirement System And City Of Livonia Retiree Health And Disability Benefits Plan For Appointment As Lead Plaintiff And Approval Of Selection Of Counsel (ECF No. 19), is hereby rendered moot. Plaintiff has conferred with the moving party, City of Livonia, and it has no objection to ECF No. 19 being terminated as such.

Dated: February 16, 2023

    Respectfully submitted,

    */s/ Sharan Nirmul*
    **KESSLER TOPAZ**
     **MELTZER & CHECK, LLP**
    Sharan Nirmul
    Matthew L. Mustokoff
    Joshua E. D'Ancona
    280 King of Prussia Road
    Radnor, PA 19087

Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com
mmustokoff@ktmc.com
jdancona@ktmc.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on February 16, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

Dated: February 16, 2023 */s/ Sharan Nirmul*
Sharan Nirmul

# Mailing Information for a Case 1:22-cv-01773 Nakata v. AbbVie Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Carl V. Malmstrom**
  malmstrom@whafh.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Sharan Nirmul**
  snirmul@ktmc.com,jnaji@ktmc.com,hpaffas@ktmc.com,rwinchester@ktmc.com,3369561420@filings.docketbird.com,rdegnan@ktmc.com,ksauder@ktmc.com,7363

- **Joshua Z Rabinovitz**
  jrabinovitz@kirkland.com,meghan.guzaitis@kirkland.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com,E_File_SD@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`